463 A.2d 26

Commonwealth v. Santiago, Appellant.

Submitted April 27, 1983. Robert A. Longo, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and POPOVICH, JJ.

Order affirmed.